# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**06 - 20139**

Case No. _____ CR-MIDDLEBROOKS



MAGISTRATE JUDGE
BROWN

21 U.S.C. § 963
21 U.S.C. § 846
46 U.S.C. App. § 1903(j)
18 U.S.C. § 1956(h)
21 U.S.C. § 853
46 U.S.C. App. § 1904

**UNITED STATES OF AMERICA**

vs.

**PABLO JOAQUIN RAYO-MONTANO,**
 a/k/a "Don Pa,"
 a/k/a "El Tio,"
 a/k/a "El Loco,"
**MARS MICOLTA-HURTADO,**
 a/k/a "Omar,"
 a/k/a "Calvo,"
 a/k/a "La Empleada,"
**DOMINGO MICOLTA-HURTADO,**
 a/k/a "Tocayo,"
 a/k/a "TK,"
**JACKSON OROZCO-GIL,**
 a/k/a "Jake,"
 a/k/a "J,"
 a/k/a "Compadre,"
**HECTOR EDUARDO AGUILAR,**
 a/k/a "Boludo,"
**MONICA PATRICIA RUIZ-MATOREL,**
 a/k/a "La Doctora,"
**JAIR CHANTRE-MORENO,**
 a/k/a "Armando,"
**LUIS SEGUNDO POLANCO-GARCIA,**
 a/k/a "El Indio,
 a/k/a "Quinto,"
**IVAN GUSTAVO HURTADO-PAZ,**
 a/k/a "El Borracho,"
 a/k/a "El Grandote,"
 a/k/a "El Ronco,"



FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

LUIS REINAL GRISALES-HERNANDEZ,
  a/k/a "El Amigo,
  a/k/a "Peluza,"
VICTOR HUGO SERNA-RAYO,
SANDRA OROZCO-GIL,
YOHIBEL JOSE DUNN-AGUILERA,
RAMON EUSTURGIO MATAMBA-PORTOCARRERO,
JOSE MARIA BERMUDEZ,
  a/k/a "Chepe,"
VICTOR FIDELTORREZ-TORREZ,
  a/k/a "El Medico,"
EVER GIOVANNI HURTADO-PAZ,
  a/k/a "Nano,"
EYDER XIOMARA BEJARANO-OLAYA,
  a/k/a "La X,"
RUBEN MENACA,
  a/k/a "Caliche,"
WILMAR PAZ-PRECIADO,
DEGUIS DAVID ROMERO-ACOSTA,
DAINER CAMACHO-BENITEZ,
  a/k/a "Capuyo,"
  a/k/a "Donk,"
JOSE ADOLFO HURTADO-PAZ,
  a/k/a "Chepo,"
JOSE EDUARDO ARANGO,
  a/k/a "Pocho,"
FIDEL SANDOVAL-ROSERO,
JORGE LUIS DUNN-AGUILERA,
GUSTAVO MELENDEZ-DIAZ,
  a/k/a "El Mono,"
JHON JAIRO MORENO-BETANCOURT,
  a/k/a "El Gordo,"
RODRIGO CASTANO-CORREA,
  a/k/a "Torongil,"
YOVANY JARAMILLO-TOVAR,
MARIO LEONE, and
ADALBERTO PENA-CORDOBA,
  a/k/a "Capi,"
  a/k/a "Penin,"

    Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning in or about January 2003, and continuing through the date of the return of this Indictment, the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**PABLO JOAQUIN RAYO-MONTANO,**
a/k/a "Don Pa,"
a/k/a "El Tio,"
a/k/a "El Loco,"
**MARS MICOLTA-HURTADO,**
a/k/a "Omar,"
a/k/a "Calvo,"
a/k/a "La Empleada,"
**DOMINGO MICOLTA-HURTADO,**
a/k/a "Tocayo,"
a/k/a "TK,"
**JACKSON OROZCO-GIL,**
a/k/a "Jake,"
a/k/a "J,"
a/k/a "Compadre,"
**MONICA PATRICIA RUIZ-MATOREL,**
a/k/a "La Doctora,"
**JAIR CHANTRE-MORENO,**
a/k/a "Armando,"
**LUIS SEGUNDO POLANCO-GARCIA,**
a/k/a "El Indio,
a/k/a "Quinto,"
**IVAN GUSTAVO HURTADO-PAZ,**
a/k/a "El Borracho,"
a/k/a "El Grandote,"
a/k/a "El Ronco,"
**LUIS REINAL GRISALES-HERNANDEZ,**
a/k/a "El Amigo,
a/k/a "Peluza,"
**SANDRA OROZCO-GIL,**
**YOHIBEL JOSE DUNN-AGUILERA,**

3

**RAMON EUSTURGIO MATAMBA-PORTOCARRERO,**
**JOSE MARIA BERMUDEZ,**
**a/k/a "Chepe,"**
**VICTOR FIDEL TORREZ-TORREZ,**
**a/k/a "El Medico,"**
**EVER GIOVANNI HURTADO-PAZ,**
**a/k/a "Nano,"**
**RUBEN MENACA,**
**a/k/a "Caliche,"**
**WILMAR PAZ-PRECIADO,**
**DEGUIS DAVID ROMERO-ACOSTA,**
**DAINER CAMACHO-BENITEZ,**
**a/k/a "Capuyo,"**
**a/k/a "Donk,"**
**JOSE ADOLFO HURTADO-PAZ,**
**a/k/a "Chepo,"**
**JORGE LUIS DUNN-AGUILERA,**
**GUSTAVO MELENDEZ-DIAZ,**
**a/k/a "El Mono," and**
**RODRIGO CASTANO-CORREA,**
**a/k/a "Torongil,"**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons both known and unknown to the Grand Jury to import into the United States, from a place outside thereof, a controlled substance, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

Beginning in or about January 2003, and continuing through the date of the return of this Indictment, the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the

4

Southern District of Florida, and elsewhere, the defendants,

**PABLO JOAQUIN RAYO-MONTANO,**
a/k/a "Don Pa,"
a/k/a "El Tio,"
a/k/a "El Loco,"
**MARS MICOLTA-HURTADO,**
a/k/a "Omar,"
a/k/a "Calvo,"
a/k/a "La Empleada,"
**DOMINGO MICOLTA-HURTADO,**
a/k/a "Tocayo,"
a/k/a "TK,"
**JACKSON OROZCO-GIL,**
a/k/a "Jake,"
a/k/a "J,"
a/k/a "Compadre,"
**MONICA PATRICIA RUIZ-MATOREL,**
a/k/a "La Doctora,"
**JAIR CHANTRE-MORENO,**
a/k/a "Armando,"
**LUIS SEGUNDO POLANCO-GARCIA,**
a/k/a "El Indio,
a/k/a "Quinto,"
**IVAN GUSTAVO HURTADO-PAZ,**
a/k/a "El Borracho,"
a/k/a "El Grandote,"
a/k/a "El Ronco,"
**LUIS REINAL GRISALES-HERNANDEZ,**
a/k/a "El Amigo,
a/k/a "Peluza,"
**VICTOR HUGO SERNA-RAYO,**
**SANDRA OROZCO-GIL,**
**YOHIBEL JOSE DUNN-AGUILERA,**
**RAMON EUSTURGIO MATAMBA-PORTOCARRERO,**
**JOSE MARIA BERMUDEZ,**
a/k/a "Chepe,"
**VICTOR FIDEL TORREZ-TORREZ,**
a/k/a "El Medico,"
**EVER GIOVANNI HURTADO-PAZ,**
a/k/a "Nano,"
**RUBEN MENACA,**
a/k/a "Caliche,"

5

**WILMAR PAZ-PRECIADO,**
**DEGUIS DAVID ROMERO-ACOSTA,**
**DAINER CAMACHO-BENITEZ,**
**a/k/a "Capuyo,"**
**a/k/a "Donk,"**
**JOSE ADOLFO HURTADO-PAZ,**
**a/k/a "Chepo,"**
**JORGE LUIS DUNN-AGUILERA,**
**GUSTAVO MELENDEZ-DIAZ,**
**a/k/a "El Mono," and**
**RODRIGO CASTANO-CORREA,**
**a/k/a "Torongil,"**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons both known and unknown to the Grand Jury to possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

**COUNT 3**

Beginning in or about January 2003, and continuing through the date of the return of this Indictment, the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**PABLO JOAQUIN RAYO-MONTANO,**
**a/k/a "Don Pa,"**
**a/k/a "El Tio,"**
**a/k/a "El Loco,"**

MARS MICOLTA-HURTADO,
a/k/a "Omar,"
a/k/a "Calvo,"
a/k/a "La Empleada,"
DOMINGO MICOLTA-HURTADO,
a/k/a "Tocayo,"
a/k/a "TK,"
JACKSON OROZCO-GIL,
a/k/a "Jake,"
a/k/a "J,"
a/k/a "Compadre,"
MONICA PATRICIA RUIZ-MATOREL,
a/k/a "La Doctora,"
JAIR CHANTRE-MORENO,
a/k/a "Armando,"
LUIS SEGUNDO POLANCO-GARCIA,
a/k/a "El Indio,
a/k/a "Quinto,"
IVAN GUSTAVO HURTADO-PAZ,
a/k/a "El Borracho,"
a/k/a "El Grandote,"
a/k/a "El Ronco,"
LUIS REINAL GRISALES-HERNANDEZ,
a/k/a "El Amigo,
a/k/a "Peluza,"
SANDRA OROZCO-GIL,
YOHIBEL JOSE DUNN-AGUILERA,
RAMON EUSTURGIO MATAMBA-PORTOCARRERO,
JOSE MARIA BERMUDEZ,
a/k/a "Chepe,"
VICTOR FIDEL TORREZ-TORREZ,
a/k/a "El Medico,"
EVER GIOVANNI HURTADO-PAZ,
a/k/a "Nano,"
RUBEN MENACA,
a/k/a "Caliche,"
WILMAR PAZ-PRECIADO,
DEGUIS DAVID ROMERO-ACOSTA,
DAINER CAMACHO-BENITEZ,
a/k/a "Capuyo,"
a/k/a "Donk,"
JOSE ADOLFO HURTADO-PAZ,
a/k/a "Chepo,"

7

**JORGE LUIS DUNN-AGUILERA,**
**GUSTAVO MELENDEZ-DIAZ,**
**a/k/a "El Mono," and**
**RODRIGO CASTANO-CORREA,**
**a/k/a "Torongil,"**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with

other persons, known and unknown to the Grand Jury, to possess with intent to distribute a

controlled substance that was on board motor vessels that were subject to the jurisdiction of the

United States, in violation of Title 46, United States Code Appendix, Section 1903(a); all in

violation of Title 46, United States Code Appendix, Section 1903(j).

Pursuant to Title 46, United States Code Appendix, Section 1903(g) and Title 21, United

States Code, Section 960(b)(1)(B), it is further alleged that this violation involved five (5) kilograms

or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 4

Beginning in or about January 2003, and continuing through the date of the return of this

Indictment, the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the

Southern District of Florida, and elsewhere, the defendants,

**PABLO JOAQUIN RAYO-MONTANO,**
**a/k/a "Don Pa,"**
**a/k/a "El Tio,"**
**a/k/a "El Loco,"**
**MARS MICOLTA-HURTADO,**
**a/k/a "Calvo,"**
**a/k/a "La Empleada,"**
**JACKSON OROZCO-GIL,**
**a/k/a "Jake,"**
**a/k/a "J,"**
**a/k/a "Compadre,"**
**HECTOR EDUARDO AGUILAR,**

8

a/k/a "Boludo,"
**MONICA PATRICIA RUIZ-MATOREL,**
a/k/a "La Doctora,"
**VICTOR HUGO SERNA-RAYO,**
**SANDRA OROZCO-GIL,**
**RAMON EUSTURGIO MATAMBA-PORTOCARRERO,**
**EYDER XIOMARA BEJARANO-OLAYA,**
a/k/a "La X,"
**RUBEN MENACA,**
a/k/a "Caliche,"
**JOSE EDUARDO ARANGO,**
a/k/a "Pocho,"
**FIDEL SANDOVAL-ROSERO,**
**JHON JAIRO MORENO-BETANCOURT,**
a/k/a "El Gordo,"
**RODRIGO CASTANO-CORREA,**
a/k/a "Torongil,"
**YOVANY JARAMILLO-TOVAR,**
**MARIO LEONE, and**
**ADALBERTO PENA-CORDOBA,**
a/k/a "Capi,"
a/k/a "Penin,"

did willfully, that is with the specific intent to further the unlawful purpose, and knowingly, combine, conspire, confederate and agree with each other and with other persons both known and unknown to the Grand Jury, to commit offenses against the United States, in violation of Title 18, United States Code, Section 1956, that is:

A.      To knowingly conduct financial transactions, affecting interstate and foreign commerce, which transactions involved the proceeds of some specified unlawful activity, with the intent to promote the carrying on of said specified unlawful activity, and knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and

9

B.    To knowingly conduct financial transactions, affecting interstate and foreign commerce, which transactions involved the proceeds of some specified unlawful activity, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership and the control of the proceeds of some specified unlawful activity, and knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(I).

C.    To knowingly transport, transmit and transfer a monetary instrument and funds from a place in the United States to and through a place outside of the United States, with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(A).

D.    To knowingly transport, transmit and transfer a monetary instrument and funds to a place in the United States from and through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(A).

It is further alleged that the specified unlawful activity referred to above is the felonious importation, receiving, concealment, buying, selling, and otherwise dealing in a controlled substance, punishable under the laws of the United States.

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATIONS

1.    The allegations of Counts 1 through 4 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of

America of property in which the defendants have an interest, pursuant to the provisions of Title 21, United States Code, Section 853 and Title 46, United States Code Appendix, Section 1904.

    2.      Upon conviction of any of the violations alleged in Counts 1 through 4, the defendants shall forfeit to the United States any property constituting or derived from any proceeds which the defendants obtained, directly or indirectly, as the result of such violations, and any property which the defendants used or intended to be used in any manner or part to commit or to facilitate the commission of such violations.

    All pursuant to Title 21, United States Code, Section 853 and Title 46, United States Code Appendix, Section 1904.

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY

11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA   **06 - 20139** CR-MIDDLEBROOKS
                            CASE NO.

vs.                                    **CERTIFICATE OF TRIAL ATTORNEY** MAGISTRATE JUDGE
                                                                          BROWN
PABLO JOAQUIN RAYO-MONTANO, et al,

_____/  **Superseding Case Information:**
           Defendants.

Court Division: (Select One)          New Defendant(s)           Yes _____  No _____
                                      Number of New Defendants   _____
 X  Miami  _____  Key West           Total number of counts     _____
 ___ FTL   _____  WPB   _____  FTP

        I do hereby certify that:

        1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of
             probable witnesses and the legal complexities of the Indictment/Information attached hereto.

        2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this
             Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act,
             Title 28 U.S.C. Section 3161.

        3.   Interpreter:    (Yes or No)    Yes
             List language and/or dialect   Spanish                    FILED by _____ D.C.
                                                                       MAG. SEC.
        4.   This case will take    15    days for the parties to try.
                                                                       MAR 03 2006
        5.   Please check appropriate category and type of offense listed below:
             (Check only one)                          (Check only one)    CLARENCE MADDOX
                                                                           CLERK U.S. DIST. CT.
        I     0 to 5 days      _____           Petty   _____            S.D. OF FLA. - MIAMI
        II    6 to 10 days     _____           Minor   _____
        III   11 to 20 days      X              Misdem. _____
        IV    21 to 60 days    _____           Felony    X
        V     61 days and over _____

        6.   Has this case been previously filed in this District Court? (Yes or No)    No
        If yes:
        Judge: _____  Case No _____
        (Attach copy of dispositive order)
        Has a complaint been filed in this matter?    (Yes or No)    No
        If yes:
        Magistrate Case No. _____
        Related Miscellaneous numbers: _____
        Defendant(s) in federal custody as of _____
        Defendant(s) in state custody as of _____
        Rule 20 from the _____ District of _____

        Is this a potential death penalty case? (Yes or No)    No

        7.   Does this case originate from a matter pending in the U.S. Attorney's Office prior to
             April 1, 2003?  _____ Yes    X  No

        8.   Does this case originate from a matter pending in the U. S. Attorney's Office prior to
             April 1, 1999?  _____ Yes    X  No

             If yes, was it pending in the Central Region?    _____ Yes    _____ No

        9.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior
             to October 14, 2003?  _____ Yes    X  No

        10.  Does this case originate from a matter pending in the Narcotics Section (Miami) prior to
             May 18, 2003?   X  Yes   _____ No

                                                     _____
                                                     ANDREA G. HOFFMAN
                                                     ASSISTANT UNITED STATES ATTORNEY
                                                     Court ID# A5500885

*Penalty Sheet(s) attached                                                    REV.1/14/04

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **PABLO JOAQUIN RAYO-MONTANO**
**a/k/a "Don Pa," a/k/a "El Tio," a/k/a "El Loco"**

Case No: **06 - 20139** CR-MIDDLEBROOKS   *MAGISTRATE JUDGE BROWN*

Count #: 1

Conspiracy to import cocaine.

Title 21, United States Code, Section 963.

* Max.Penalty:     Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine.

Title 21, United States Code, Section 846.

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

* Max.Penalty:     Life Imprisonment

Count #: 3

Conspiracy to possess with the intent to distribute cocaine on board a vessel.

Title 46, United States Code Appendix, Section 1903(j).

* Max.Penalty:     Life Imprisonment

Count #: 4

Conspiracy to launder money.

Title 18, United States Code, Section 1956(h).

* Max.Penalty:     Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **MARS MICOLTA-HURTADO,**
**a/k/a "Omar" a/k/a "Calvo," a/k/a "La Empleada"**

Case No: **06 - 20139** CR-MIDDLEBROOKS

MAGISTRATE JUDGE
BROWN

Count #: 1

Conspiracy to import cocaine.

Title 21, United States Code, Section 963.

* **Max.Penalty:**     Life Imprisonment

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

Count #: 2

Conspiracy to possess with intent to distribute cocaine.

Title 21, United States Code, Section 846.

* **Max.Penalty:**     Life Imprisonment

Count #: 3

Conspiracy to possess with the intent to distribute cocaine on board a vessel.

Title 46, United States Code Appendix, Section 1903(j).

* **Max.Penalty:**     Life Imprisonment

Count #: 4

Conspiracy to launder money.

Title 18, United States Code, Section 1956(h).

* **Max.Penalty:**     Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  **DOMINGO MICOLTA-HURTADO, a/k/a "Tocayo," a/k/a "TK"**

**Case No:** 06 - 20139 CR-MIDDLEBROOKS

MAGISTRATE JUDGE
BROWN

Count #: 1

  Conspiracy to import cocaine.

  Title 21, United States Code, Section 963.

**\* Max.Penalty:**     Life Imprisonment

Count #: 2

  Conspiracy to possess with intent to distribute cocaine.

  Title 21, United States Code, Section 846.

**\* Max.Penalty:**     Life Imprisonment

Count #: 3

  Conspiracy to possess with the intent to distribute cocaine on board a vessel.

  Title 46, United States Code Appendix, Section 1903(j).

**\* Max.Penalty:**     Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **JACKSON OROZCO-GIL,**
**a/k/a "Jake," a/k/a "J," a/k/a "Compadre"**

Case No: **06-20139** CR-MIDDLEBROOKS

MAGISTRATE JUDGE
BROWN

Count #: 1

 Conspiracy to import cocaine.

 Title 21, United States Code, Section 963.

**\* Max.Penalty:**     Life Imprisonment

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

Count #: 2

 Conspiracy to possess with intent to distribute cocaine.

 Title 21, United States Code, Section 846.

**\* Max.Penalty:**     Life Imprisonment

Count #: 3

 Conspiracy to possess with the intent to distribute cocaine on board a vessel.

 Title 46, United States Code Appendix, Section 1903(j).

**\* Max.Penalty:**     Life Imprisonment

Count #: 4

 Conspiracy to launder money.

 Title 18, United States Code, Section 1956(h).

**\* Max.Penalty:**     Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **HECTOR EDUARDO AGUILAR, a/k/a "Boludo"**

Case No. **06 - 20139** CR-MIDDLEBROOKS

MAGISTRATE JUDGE
BROWN

Count #: 4

Conspiracy to launder money.

Title 18, United States Code, Section 1956(h).

* Max.Penalty:      Twenty Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** MONICA PATRICIA RUIZ-MATOREL, a/k/a "La Doctora"

Case No. 06 - 20139 CR-MIDDLEBROOKS

MAGISTRATE JUDGE
BROWN

Count #: 1

Conspiracy to import cocaine.

Title 21, United States Code, Section 963.

* **Max.Penalty:**        Life Imprisonment

Count #: 2

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Conspiracy to possess with intent to distribute cocaine.

Title 21, United States Code, Section 846.

* **Max.Penalty:**        Life Imprisonment

Count #: 3

Conspiracy to possess with the intent to distribute cocaine on board a vessel.

Title 46, United States Code Appendix, Section 1903(j).

* **Max.Penalty:**        Life Imprisonment

Count #: 4

Conspiracy to launder money.

Title 18, United States Code, Section 1956(h).

* **Max.Penalty:**        Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  JAIR CHANTRE-MORENO, a/k/a "Armando"

## 06 - 20139 CR - MIDDLEBROOKS

Case No: _____

MAGISTRATE JUDGE
BROWN

Count #: 1

  Conspiracy to import cocaine.

  Title 21, United States Code, Section 963.

**\* Max.Penalty**:      Life Imprisonment

Count #: 2

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

  Conspiracy to possess with intent to distribute cocaine.

  Title 21, United States Code, Section 846.

**\* Max.Penalty**:      Life Imprisonment

Count #: 3

  Conspiracy to possess with the intent to distribute cocaine on board a vessel.

  Title 46, United States Code Appendix, Section 1903(j).

**\* Max.Penalty**:      Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **LUIS SEGUNDO POLANCO-GARCIA,**
**a/k/a "El Indio,"a/k/a "Quinto"**

Case No: **06 - 20139** CR - MIDDLEBROOKS

Count #: 1

MAGISTRATE JUDGE
BROWN

Conspiracy to import cocaine.

Title 21, United States Code, Section 963.

**\* Max.Penalty:**      Life Imprisonment

Count #: 2

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Conspiracy to possess with intent to distribute cocaine.

Title 21, United States Code, Section 846.

**\* Max.Penalty:**      Life Imprisonment

Count #: 3

Conspiracy to possess with the intent to distribute cocaine on board a vessel.

Title 46, United States Code Appendix, Section 1903(j).

**\* Max.Penalty:**      Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,**
**special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  **IVAN GUSTAVO HURTADO-PAZ,**
**a/k/a "El Borracho," a/k/a "El Grandote," a/k/a "El Ronco"**

Case No:  **06 - 20139** CR - MIDDLEBROOKS

MAGISTRATE JUDGE
BROWN

Count #: 1

  Conspiracy to import cocaine.

  Title 21, United States Code, Section 963.

**\* Max.Penalty:**      Life Imprisonment

Count #: 2

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

  Conspiracy to possess with intent to distribute cocaine.

  Title 21, United States Code, Section 846.

**\* Max.Penalty:**      Life Imprisonment

Count #: 3

  Conspiracy to possess with the intent to distribute cocaine on board a vessel.

  Title 46, United States Code Appendix, Section 1903(j).

**\* Max.Penalty:**      Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **LUIS REINAL GRISALES-HERNANDEZ,
a/k/a "El Amigo," a/k/a "Peluza"**

Case No: **06 - 20139** CR - MIDDLEBROOKS

MAGISTRATE JUDGE
BROWN

Count #: 1

Conspiracy to import cocaine.

Title 21, United States Code, Section 963.

* **Max.Penalty**:       Life Imprisonment

Count #: 2

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. · MIAMI

Conspiracy to possess with intent to distribute cocaine.

Title 21, United States Code, Section 846.

* **Max.Penalty**:       Life Imprisonment

Count #: 3

Conspiracy to possess with the intent to distribute cocaine on board a vessel.

Title 46, United States Code Appendix, Section 1903(j).

* **Max.Penalty**:       Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  VICTOR HUGO SERNA-RAYO

Case No:  06-20139 CR-MIDDLEBROOKS

MAGISTRATE JUDGE
BROWN

Count #: 4

Conspiracy to launder money.

Title 18, United States Code, Section 1956(h).

* Max.Penalty:      Twenty Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: SANDRA OROZCO-GIL

Case No: **06-20139** CR-MIDDLEBROOKS

MAGISTRATE JUDGE
BROWN

Count #: 1

Conspiracy to import cocaine.

Title 21, United States Code, Section 963.

**\* Max.Penalty:**     Life Imprisonment

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

Count #: 2

Conspiracy to possess with intent to distribute cocaine.

Title 21, United States Code, Section 846.

**\* Max.Penalty:**     Life Imprisonment

Count #: 3

Conspiracy to possess with the intent to distribute cocaine on board a vessel.

Title 46, United States Code Appendix, Section 1903(j).

**\* Max.Penalty:**     Life Imprisonment

Count #: 4

Conspiracy to launder money.

Title 18, United States Code, Section 1956(h).

**\* Max.Penalty:**     Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: <u>YOHIBEL JOSE DUNN-AGUILERA</u>

Case No: __06 - 20139__ CR - MIDDLEBROOKS

Count #: 1

  Conspiracy to import cocaine.

  Title 21, United States Code, Section 963.

**MAGISTRATE JUDGE**
**BROWN**

* **Max.Penalty:**      Life Imprisonment

Count #: 2

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

  Conspiracy to possess with intent to distribute cocaine.

  Title 21, United States Code, Section 846.

* **Max.Penalty:**      Life Imprisonment

Count #: 3

  Conspiracy to possess with the intent to distribute cocaine on board a vessel.

  Title 46, United States Code Appendix, Section 1903(j).

* **Max.Penalty:**      Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name: RAMON EUSTURGIO MATAMBA-PORTOCARRERO**

Case No: **06-20139** CR-MIDDLEBROOKS

Count #: 1

MAGISTRATE JUDGE
BROWN

Conspiracy to import cocaine.

Title 21, United States Code, Section 963.

**\* Max.Penalty:**      Life Imprisonment

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA · MIAMI

Count #: 2

Conspiracy to possess with intent to distribute cocaine.

Title 21, United States Code, Section 846.

**\* Max.Penalty:**      Life Imprisonment

Count #: 3

Conspiracy to possess with the intent to distribute cocaine on board a vessel.

Title 46, United States Code Appendix, Section 1903(j).

**\* Max.Penalty:**      Life Imprisonment

Count #: 4

Conspiracy to launder money.

Title 18, United States Code, Section 1956(h).

**\* Max.Penalty:**      Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **JOSE MARIA BERMUDEZ, a/k/a "Chepe"**

Case No: **06 - 20139** CR - MIDDLEBROOKS

Count #: 1

Conspiracy to import cocaine.

MAGISTRATE JUDGE
BROWN

Title 21, United States Code, Section 963.

* **Max. Penalty:**        Life Imprisonment

Count #: 2

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

Conspiracy to possess with intent to distribute cocaine.

Title 21, United States Code, Section 846.

* **Max. Penalty:**        Life Imprisonment

Count #: 3

Conspiracy to possess with the intent to distribute cocaine on board a vessel.

Title 46, United States Code Appendix, Section 1903(j).

* **Max. Penalty:**        Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  **VICTOR FIDEL TORREZ-TORREZ, a/k/a "El Medico"**

Case No: **06 - 20139** CR-MIDDLEBROOKS

MAGISTRATE JUDGE BROWN

Count  #: 1

  Conspiracy to import cocaine.

  Title 21, United States Code, Section 963.

**\* Max.Penalty:**        Life Imprisonment

Count  #: 2

  Conspiracy to possess with intent to distribute cocaine.

  Title 21, United States Code, Section 846.

**\* Max.Penalty:**        Life Imprisonment

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

Count  #: 3

  Conspiracy to possess with the intent to distribute cocaine on board a vessel.

  Title 46, United States Code Appendix, Section 1903(j).

**\* Max.Penalty:**        Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **EVER GIOVANNI HURTADO-PAZ,**
**a/k/a "Nano,"**

Case No: **06 - 20139** CR - MIDDLEBROOKS

MAGISTRATE JUDGE
BROWN

Count #: 1

  Conspiracy to import cocaine.

  Title 21, United States Code, Section 963.

**\* Max.Penalty:**       Life Imprisonment

Count #: 2

FILED by _____ D.C.
M.A.S. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. - MIAMI

  Conspiracy to possess with intent to distribute cocaine.

  Title 21, United States Code, Section 846.

**\* Max.Penalty:**       Life Imprisonment

Count #: 3

  Conspiracy to possess with the intent to distribute cocaine on board a vessel.

  Title 46, United States Code Appendix, Section 1903(j).

**\* Max.Penalty:**       Life Imprisonment

Count #: 4

  Conspiracy to launder money.

  Title 18, United States Code, Section 1956(h).

**\* Max.Penalty:**       Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **EYDER XIOMARA BEJARANO-OLAYA, a/k/a "La X"**

Case No: **06 - 20139** CR - MIDDLEBROOKS

MAGISTRATE JUDGE
BROWN

Count #: 4

  Conspiracy to launder money.

  Title 18, United States Code, Section 1956(h).

* **Max.Penalty**:      Twenty Years' Imprisonment



FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **RUBEN MENACA, a/k/a "Caliche"**

Case No: **06 - 20139** CR-MIDDLEBROOKS

MAGISTRATE JUDGE
BROWN

Count #: 1

  Conspiracy to import cocaine.

  Title 21, United States Code, Section 963.

**\* Max.Penalty:**     Life Imprisonment

FILED by _____ D.C.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

Count #: 2

  Conspiracy to possess with intent to distribute cocaine.

  Title 21, United States Code, Section 846.

**\* Max.Penalty:**     Life Imprisonment

Count #: 3

  Conspiracy to possess with the intent to distribute cocaine on board a vessel.

  Title 46, United States Code Appendix, Section 1903(j).

**\* Max.Penalty:**     Life Imprisonment

Count #: 4

  Conspiracy to launder money.

  Title 18, United States Code, Section 1956(h).

**\* Max.Penalty:**     Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** WILMAR PAZ-PRECIADO

**Case No:** 06 - 20139 CR - MIDDLEBROOKS

MAGISTRATE JUDGE
BROWN

**Count #: 1**

Conspiracy to import cocaine.

Title 21, United States Code, Section 963.

**\* Max.Penalty:** Life Imprisonment

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**Count #: 2**

Conspiracy to possess with intent to distribute cocaine.

Title 21, United States Code, Section 846.

**\* Max.Penalty:** Life Imprisonment

**Count #: 3**

Conspiracy to possess with the intent to distribute cocaine on board a vessel.

Title 46, United States Code Appendix, Section 1903(j).

**\* Max.Penalty:** Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** **DEGUIS DAVID ROMERO-ACOSTA**

Case No: **06 - 20139** CR - MIDDLEBROOKS

MAGISTRATE JUDGE
BROWN

Count #: 1

   Conspiracy to import cocaine.

   Title 21, United States Code, Section 963.

* **Max.Penalty:**     Life Imprisonment

Count #: 2

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

   Conspiracy to possess with intent to distribute cocaine.

   Title 21, United States Code, Section 846.

* **Max.Penalty:**     Life Imprisonment

Count #: 3

   Conspiracy to possess with the intent to distribute cocaine on board a vessel.

   Title 46, United States Code Appendix, Section 1903(j).

* **Max.Penalty:**     Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **DAINER CAMACHO-BENITEZ, a/k/a "Capuyo" a/k/a "Donk"**

Case No: **06 - 20139** CR-MIDDLEBROOKS

Count #: 1

MAGISTRATE JUDGE
BROWN

Conspiracy to import cocaine.

Title 21, United States Code, Section 963.

**\* Max.Penalty:**      Life Imprisonment

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Count #: 2

Conspiracy to possess with intent to distribute cocaine.

Title 21, United States Code, Section 846.

**\* Max.Penalty:**      Life Imprisonment

Count #: 3

Conspiracy to possess with the intent to distribute cocaine on board a vessel.

Title 46, United States Code Appendix, Section 1903(j).

**\* Max.Penalty:**      Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **JOSE ADOLFO HURTADO-PAZ, a/k/a "Chepo"**

Case No: **06 - 20139** CR - MIDDLEBROOKS

MAGISTRATE JUDGE
BROWN

Count #: 1

  Conspiracy to import cocaine.

  Title 21, United States Code, Section 963.

FILED BY _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

* **Max.Penalty:**      Life Imprisonment

Count #: 2

  Conspiracy to possess with intent to distribute cocaine.

  Title 21, United States Code, Section 846.

* **Max.Penalty:**      Life Imprisonment

Count #: 3

  Conspiracy to possess with the intent to distribute cocaine on board a vessel.

  Title 46, United States Code Appendix, Section 1903(j).

* **Max.Penalty:**      Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **JOSE EDUARDO ARANGO, a/k/a "Pocho"**

Case No: **06 - 20139** CR-MIDDLEBROOKS

Count #: 4                                                                 MAGISTRATE JUDGE
                                                                            BROWN

  Conspiracy to launder money.

  Title 18, United States Code, Section 1956(h).

* **Max.Penalty:**      Twenty Years' Imprisonment



FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **FIDEL SANDOVAL-ROSERO**

Case No: **06 - 20139** CR - MIDDLEBROOKS

Count #: 4

Conspiracy to launder money.

MAGISTRATE JUDGE
BROWN

Title 18, United States Code, Section 1956(h).

\* Max.Penalty:      Twenty Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **JORGE LUIS DUNN-AGUILERA**

Case No: **06-20139** CR-MIDDLEBROOKS

Count #: 1

MAGISTRATE JUDGE
BROWN

  Conspiracy to import cocaine.

  Title 21, United States Code, Section 963.

**\* Max.Penalty:**     Life Imprisonment

Count #: 2

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

  Conspiracy to possess with intent to distribute cocaine.

  Title 21, United States Code, Section 846.

**\* Max.Penalty:**     Life Imprisonment

Count #: 3

  Conspiracy to possess with the intent to distribute cocaine on board a vessel.

  Title 46, United States Code Appendix, Section 1903(j).

**\* Max.Penalty:**     Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name: GUSTAVO MELENDEZ-DIAZ, a/k/a  "El Mono"**

Case No: **06-20139** CR - MIDDLEBROOKS

Count #: 1

MAGISTRATE JUDGE
BROWN

Conspiracy to import cocaine.

Title 21, United States Code, Section 963.

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

**\* Max.Penalty:**     Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine.

Title 21, United States Code, Section 846.

**\* Max.Penalty:**     Life Imprisonment

Count #: 3

Conspiracy to possess with the intent to distribute cocaine on board a vessel.

Title 46, United States Code Appendix, Section 1903(j).

**\* Max.Penalty:**     Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** <u>JHON JAIRO MORENO-BETANCOURT, a/k/a "El Gordo"</u>

Case No: **06 - 20139** CR - MIDDLEBROOKS

Count #: 4

MAGISTRATE JUDGE
BROWN

Conspiracy to launder money.

Title 18, United States Code, Section 1956(h).

**\* Max.Penalty:**       Twenty Years' Imprisonment



FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

Defendant's Name: **RODRIGO CASTANO-CORREA, a/k/a "Torongil"**

Case No: **06-20139** CR-MIDDLEBROOKS

Count #: 1

MAGISTRATE JUDGE
BROWN

Conspiracy to import cocaine.

Title 21, United States Code, Section 963.

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

* **Max.Penalty:**     Life Imprisonment

Count #: 2

Conspiracy to possess with intent to distribute cocaine.

Title 21, United States Code, Section 846.

* **Max.Penalty:**     Life Imprisonment

Count #: 3

Conspiracy to possess with the intent to distribute cocaine on board a vessel.

Title 46, United States Code Appendix, Section 1903(j).

* **Max.Penalty:**     Life Imprisonment

Count #: 4

Conspiracy to launder money.

Title 18, United States Code, Section 1956(h).

* **Max.Penalty:**     Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __YOVANY JARAMILLO-TOVAR__

Case No: __06 - 20139 CR-MIDDLEBROOKS__

Count #: 4

MAGISTRATE JUDGE
BROWN

__Conspiracy to launder money.__

__Title 18, United States Code, Section 1956(h).__

* **Max.Penalty**:     Twenty Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **MARIO LEONE**

Case No: 06 - 20139 CR - MIDDLEBROOKS

Count #: 4

MAGISTRATE JUDGE
BROWN

Conspiracy to launder money.

Title 18, United States Code, Section 1956(h).

**\* Max.Penalty:**      Twenty Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  ADALBERTO PENA-CORDOBA, a/k/a "Capi," a/k/a "Penin"

Case No: __06 - 20139__ CR - MIDDLEBROOKS

Count #: 4

MAGISTRATE JUDGE
BROWN

  Conspiracy to launder money.

  Title 18, United States Code, Section 1956(h).

* Max. Penalty:      Twenty Years' Imprisonment

FILED by _____ D.C.
MAG. SEC.

MAR 0 3 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.

Indictment No. 05-164-mcr-0340

FORM DBD-34
MARCH 04

06-20139 CR-MIDDLEBROOKS

MAGISTRATE JUDGE
BROWN

UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

THE UNITED STATES OF AMERICA

vs.

PABLO JOAQUIN RAYO-MONTANO, ET AL.,

Defendants./

INDICTMENT

21 U.S.C. § 963
21 U.S.C. § 846
46 U.S.C. App. § 1903(j)
18 U.S.C. § 1956(h)
21 U.S.C. § 853
46 U.S.C. App. § 1904

A true bill

_____
Foreman

Filed in open court this

of _____ day,

_____ A.D. 2006

_____
Clerk

_____
Deputy Clerk

Bail, $ _____

FGL:05-104 (MIA)